DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LYNNE ANN LARKIN,**
Appellant,

v.

**THE VICTORIA CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2026-0117

[June 3, 2026]

Appeal of nonfinal order from the County Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca Ivy White, Judge; L.T. Case No. 312025CC003469AXXXVB.

Lynne Ann Larkin, Vero Beach, pro se.

No appearance for appellee.

PER CURIAM.

The trial court's order construing appellant's motion as a motion to dismiss and denying it is affirmed without prejudice to appellant seeking relief in the manner provided in section 718.1224, Florida Statutes (2025).

*Affirmed.*

GROSS, GERBER and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***